## Case No. 7,218.

JANUARY v. JOHNSON COUNTY.

[3 Dill. 392, note.][1]

Circuit Court, D. Kansas. 1874.

Grant & Smith, for plaintiff.
Mr. Cobb, for the county.
Before MILLER, Circuit Justice.

## Case No. 7,219.

JANUARY v. JOHNSON COUNTY.

[3 Dill. 402.][1]

Circuit Court, D. Kansas. 1874.

Grant & Smith, for plaintiff.
Cobb & Cook, for the county.

DILLON, Circuit Judge. As the act in which this section is found does not profess in its title or body to be a curative act, and as when comparing this act with the act of 1872 which it amended, it appears to have

[1] [Reported by Hon. John F. Dillon, Circuit Judge, and here reprinted by permission.]

been the purpose of section 7 to change the mode of levying and collecting the taxes, it is my opinion that it was not intended to have, and does not have, the effect to make binding upon the county, bonds which would otherwise be void. Demurrer overruled.